UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN FISHELL,<br><br>                         Plaintiff,<br><br>   vs.<br><br>THE BOARD OF TRUSTEES<br>OF PURDUE UNIVERSITY,<br><br>                         Defendant. | Cause No. 1:21-cv-00009 |

## STIPULATION FOR DISMISSAL

Come now the parties, by their respective counsel, and stipulate that this action be dismissed, with prejudice, at Plaintiff's costs.

THE LAW OFFICE OF ROBERT J. HUNT, LLC

By: /s/Robert F. Hunt
Robert F. Hunt, Attorney No. 7889-84

ATTORNEYS FOR PLAINTIFF

1905 South New Market Street, Suite 168
Carmel, IN 46032
(317) 743-0614
(317) 743-0615 (fax)

BARNES & THORNBURG LLP

By: /s/Kathleen M. Anderson
Kathleen M. Anderson, Attorney No. 16352-92

ATTORNEYS FOR DEFENDANT

888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
(260) 425-4657
(260) 424-8316 (fax)